**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ERICA MENDOZA, *individually and on behalf of*
*others similarly situated,*

                              *Plaintiff,*

              -against-

KIDZ KORNER OF NEW ROCHELLE INC. (D/B/A
KIDZ KORNER), KIDZ KORNER OF SCARSDALE
INC. (D/B/A KIDZ KORNER, IVY RENTZ and JOY
FARMER,

                              *Defendants.*

-------------------------------------------------------------------X

Case No.: 20-cv-5761

**NOTICE OF**
**VOLUNTARY**
**DISMISSAL PURSUANT**
**TO F.R.C.P. 41(a)(1)(A)(i)**


Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, Michael Faillace & Associates, P.C., hereby gives notice that in the above-captioned action Defendant Joy Farmer  is voluntarily dismissed without prejudice.


Dated: New York, New York
          August 3, 2020                              MICHAEL FAILLACE & ASSOCIATES, P.C.


So Ordered.

The Clerk of Court is respectfully directed to
dismiss Defendant Joy Farmer from this action.

                                        _____/s/Clela Errington
                                        By:    Clela Errington
                                                 60 East 42nd Street, Suite 4510
                                                 New York, New York 10165
                                                 (212) 317-1200
                                                 *Attorneys for Plaintiff*

Dated: August 6, 2020
          New York, New York

                    **LORNA G. SCHOFIELD**
                    **UNITED STATES DISTRICT JUDGE**